UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIVYANG VED,

        Plaintiff,

    v.

GLOBAL FITNESS VENTURES, LLC, et al.,

        Defendants.

Case No. 25-cv-03286-HSG

**ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION**

Re: Dkt. No. 42

In an order issued on January 12, 2026, the Court found and concluded that this action, as currently pleaded, is subject to dismissal for lack of subject matter jurisdiction because complete diversity of citizenship under 28 U.S.C. § 1332 does not exist. *See* Order, Dkt. No. 42. The Court reasoned that the inclusion of derivative claims in the complaint that require the joinder of a non-diverse party destroys complete diversity of citizenship, deprives the Court of original diversity jurisdiction under 28 U.S.C. § 1332, and requires the dismissal of all claims in the case for lack of subject matter jurisdiction. *See id.* at 3-5. The Court permitted Plaintiff to file an amended complaint within 28 days to the extent that he could and wished to assert non-derivative claims that do not require the joinder of a non-diverse party. *See id.* at 5. The Court noted: "If no amended complaint consistent with this order is filed within 28 days, this action will be dismissed for lack of subject matter jurisdiction pursuant to the reasoning in this order, and the Clerk will be directed to close file." *See id.*

The deadline to file an amended complaint was February 9, 2026. As of the date of this order, Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses this action

for lack of subject matter jurisdiction based on the reasoning set forth in its order of January 12, 2026.

The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: March 2, 2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2